```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A00-0038--CR (JWS)
                "USA V ARTHUR JAMES HOUSER"
              DEF 1.1 HOUSER, ARTHUR JAMES
```

Including terminated defendants, excluding terminated counsel

```
      Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
     Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
                Filed: 03/15/00
               Closed: 07/06/00
   No. of Defendants: 1
      MJ Case Number: A00-0038--MJ
                  AKA:
      Location status: U.S. Custody
           Trial date:
           Terminated: YES
    Needs interpreter: NO
    Counsel of record: Michael D. Dieni
                       Federal Public Defender
                       550 W. 7th Avenue, Suite 1600
                       Anchorage, AK 99501
                       907-646-3400
                       FAX 907-646-3480
                       Serve: YES
                        Type: FPD
                        Role: Other
```

PLF 1.1 UNITED STATES OF AMERICA

```
   Counsel of record: Steven Skrocki
                      U.S. Attorney's Office
                      222 W. 7th Avenue, #9
                      Anchorage, AK 99513-7567
                      907-271-5071
                      Serve: YES
                       Type: Not specified
                       Role: Pretrial/Trial
```

Counts re: DEF 1.1 HOUSER, ARTHUR JAMES

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 -   1 IND | 1 | 18:2113(a) BANK ROBBERY | Sentenced (18-1) |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET ENTRIES FOR CASE A00-0038--CR (JWS)
                      "USA V ARTHUR JAMES HOUSER"
```

```
                           For all filing dates
```

```
   Presiding Judge: The Honorable John W. Sedwick, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 03/15/00
             Closed: 07/06/00
No. of Defendants: 1
```

| Document # | | Filed | Docket text |
|---|---|---|---|
| 1 - | 1 | 03/15/00 | [Re: DEF 1] PLF 1 Indictment. |
| NOTE - | 1 | 03/16/00 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 3/8/00 in A00-0038 MJ (JDR). |
| NOTE - | 2 | 03/16/00 | Issued: Speedy Trial Notice to Judge Sedwick. cc: Pam Richter |
| 2 - | 1 | 03/16/00 | [Re: DEF 1] JDR Grand Jury Minutes re bail cont as prev set; detention; set for arr & notify USM; in custody. |
| 3 - | 1 | 03/16/00 | [Re: DEF 1] Documents #2 through #6 transferred from: A00-0038 MJ (JDR). |
| 4 - | 1 | 03/16/00 | [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton/ Roy Van Hollebeke] re Arr on Indt (held 3/15/00); M. Geddes appointed; def pled not guilty; prelim hrg vacateed; def detained; PTM's due 3/30/00. cc: USA, FPD, USM, USPO |
| 5 - | 1 | 03/16/00 | [Re: DEF 1] JDR Order regarding preparation for trial re PTM's due 3/30/00; cnsl to meet & confer by 3/23/00. cc: USA, FPD |
| 6 - | 1 | 03/20/00 | [Re: DEF 1] JWS Minute Order re TBJ set for 4/26/00 at 9:00 a.m.; re FPTC set for 4/26/00 at 8:30 a.m. cc: USA, FPD, USM, USPO, MJ Roberts, JC |
| 7 - | 1 | 03/23/00 | [Re: DEF 1] PLF 1 Certification of discovery conference. |
| 8 - | 1 | 04/19/00 | DEF 1 Notice of Intent to change plea. |
| 8 - | 2 | 04/19/00 | DEF 1 Unopposed Motion to set COP date no sooner than 4/26/00. |
| 9 - | 1 | 04/21/00 | [Re: DEF 1] JWS Order GRANTING unopposed mot (8-2); FPTC ant TBJ are VACTED; COP is set 9:00 a.m., 4/27/00.  cc: USA, FPD, USM, PO, MJ Roberts, JC |
| 10 - | 1 | 04/27/00 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] of PCOP (held 4/27/00); def changed plea to guilty re: Ct 1 of Indt; IOS set 7/6/00 at 8:30 a.m.; def detained.  cc: USA, FPD, USM, PO, MJ Roberts |
| 11 - | 1 | 05/02/00 | DEF 1 Unopposed Motion to reschedule 7/6/00 IOS w/att aff. |
| 12 - | 1 | 05/15/00 | [Re: DEF 1] JWS Order grant unpposed motion to reset IOS for 7/5/00 at 8:30 a.m. cc: USA, FPD, USM, USPO |
| 13 - | 1 | 05/30/00 | [Re: DEF 1] JWS Minute Order re IOS set for 7/5/00 is RESET for 7/5/00 at 8:00 a.m. cc: USA, FPD, USM, USPO |
| 14 - | 1 | 06/26/00 | DEF 1 Notice of lodging w/att exhs. |
| 15 - | 1 | 06/27/00 | [Re: DEF 1] PLF 1 Sentencing Memorandum w/att exhs. |

```
ACMS: R_RDSDI                As of 01/27/06 at 3:41 PM by PAM                Page 1
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0038--CR (JWS)
"USA V ARTHUR JAMES HOUSER"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 16 - 1 | 06/30/00 | DEF 1 Sentencing Memorandum. |
| 17 - 1 | 07/06/00 | [Re: DEF 1] JWS Court Minutes [ECR: Linda Christensen] IOS (held 7/5/00) def sentenced to 27 mo; supervised release 36 months; SA $100.00; restitution $693.00; def remanded to custody of USM. |
| 18 - 1 | 07/06/00 | [Re: DEF 1] JWS Judgment pleaded guilty to count(s) 1 of the Indictment (1-1); sentenced to 27 mo; supervised release 36 mo; SA $100.00; restitution $693.00. cc:USA, FPD, A. Houser (w/cnsl cy), USM, PO, FLU, Finance, MJ Roberts |
| 19 - 1 | 07/13/00 | DEF 1 appeal to 9CCA of (18-1) filed 07/06/00. cc: cnsl, Judge, 9CCA, Probation, US Marshal |
| NOTE - 3 | 07/14/00 | Transmittal: Forwarded notice of appeal (19-1) to 9CCA. |
| 20 - 1 | 07/14/00 | [Re: DEF 1] Cy 9CCA Time Schedule Order. (19-1) cc: cnsl, ECR, 9CCA (orig) |
| 21 - 1 | 07/25/00 | [Re: DEF 1] Transcript (partial) of IOS held on 07/05/00. |
| 22 - 1 | 08/02/00 | DEF 1 Transcript Designation re: notice of appeal (19-1). cc: ECR w/Order Form |
| 23 - 1 | 08/22/00 | [Re: DEF 1] Transcript (PCOP on 04/27/00) re: notice of appeal (19-1) |
| 24 - 1 | 08/22/00 | [Re: DEF 1] Transcript (IOS ON 07/05/00) re: notice of appeal (19-1) |
| 25 - 1 | 08/22/00 | [Re: DEF 1] cy 9CCA Certificate of Record. (19-1) cc: cnsl, 9CCA (orig) |
| 26 - 1 | 08/28/00 | [Re: DEF 1] PLF 1 Aff & request for issuance of writ of execution on PFD. |
| NOTE - 4 | 08/29/00 | Issued: Writ of execution on PFD. |
| 27 - 1 | 11/03/00 | USM Return on writ of execution re: PFD unsatisified on 9/12/00. |
| 28 - 1 | 01/03/01 | [Re: DEF 1] Copy of Order from 9CCA GRANTING govt's mtn to file late brief; reply brief due 14 days from date of order. (19-1) cc: cnsl |
| 29 - 1 | 08/01/01 | Copy of Order from 9CCA that both cnsl be prepared at O/R to discuss U.S. v Walter. (19-1) cc: USA,FPD, Judge Sedwick |
| 30 - 1 | 10/01/01 | [Re: DEF 1] 9CCA Judgment re: notice of appeal (19-1) that the district court's decision is AFFIRMED. cc: S. Skrocki, FPD, USM, PO, Judge Sedwick |
| NOTE - 5 | 09/03/02 | [Re: DEF 1] Issued WOA. |
| 31 - 1 | 09/05/02 | [Re: DEF 1] JWS Order and pet re: revoc of SR; pet referred to MJ Roberts for I/A/prel hrgs; evid hrg before the MJ only upon consent. cc: USA, USM, Def w/USM cy, USPO, MJ Roberts |
| NOTE - 6 | 09/06/02 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 9/6/02. |
| 32 - 1 | 09/09/02 | [Re: DEF 1] Return of WOA executed on 9/6/02 at Anchorage, Alaska. |

```
          UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
             CRIMINAL DOCKET ENTRIES FOR CASE A00-0038--CR (JWS)
                         "USA V ARTHUR JAMES HOUSER"

                            For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 33 - 1 | 09/10/02 | [Re: DEF 1] JDR Court Minutes [ECR: Robin Carter] re I/A on pet to revoke SR hld 9/9/02; M. Dieni apptd; def denied allegations; consent due w/in 5 days; def detained. cc: USA, FPD, USPO, USM |
| 34 - 1 | 09/10/02 | [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, FPD, USM, USPO |
| 35 - 1 | 09/13/02 | DEF 1 motion (request) for evident hrg before USDJ on petition to revoke SR. |
| 36 - 1 | 09/17/02 | [Re: DEF 1] JWS Minute Order granting mot (req) for evid hrg before USDJ on petition to revoke SR (35-1); evid hrg set 9/24/02 at 9:00 a.m.. cc: USA, FPD, USM, USPO, MJ Roberts |
| 37 - 1 | 09/25/02 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: evid hrg re: revocation of SR held 09/24/02; def admitted allegations 1-7 of the pet; SR revoked; def sentenced to 3 mos imprisonment; 33 mos of SR; restitution of $553.07; def remanded. cc: USA, FPD, USM, USPO, MJ Roberts |
| 38 - 1 | 09/25/02 | [Re: DEF 1] JWS Judgment for revocation of SR; def admitted allegations 1-7 of the pet; def sentenced to 3 mos imprisonment; 33 mos SR; restitution $553.07. cc: USA, FPD, USM, USPO, MJ Roberts, FLU, Def s/cnsls cy |
| NOTE - 7 | 07/30/03 | [Re: DEF 1] Issued WOA. |
| 39 - 1 | 07/30/03 | [Re: DEF 1] JWS Order and pet re: revoc of SR; pet referred to MJ Roberts for I/A/prel hrgs; evid hrg before the MJ only upon consent; war of arrest to be iss and delivered to USM. cc: USA, USM, Def w/USM cy, USPO, MJ Roberts |
| NOTE - 8 | 08/01/03 | [Re: DEF 1] USM Notice of Arrest; defendant arrested 7/31/03. |
| 40 - 1 | 08/01/03 | [Re: DEF 1] JDR Court Minutes [ECR: Dan Maus] re I/A on petition to revoke SR hld 8/1/03; M. Dieni apptd; def denied allegations; def detained; prelim/det hrg set for 8/13/03 at 2:30 p.m. cc: USA, FPD, USM, USPO |
| 41 - 1 | 08/01/03 | [Re: DEF 1] Financial Affidavit. |
| 42 - 1 | 08/01/03 | [Re: DEF 1] JDR Order of Detention Pending Hearing set for 8/13/03 at 2:30 p.m. cc: USA, FPD, USM, USPO |
| 43 - 1 | 08/04/03 | DEF 1 Unopposed motion to reset hearing date on shortened time. |
| 44 - 1 | 08/05/03 | [Re: DEF 1] JDR Order granting unopposed motion to reset hearing date on shortened time (43-1); prelim/det hrg RESET for 8/6/03 at 2:30 p.m. cc: USA, FPD, USM, USPO |
| 45 - 1 | 08/07/03 | [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore] re prelim / detention hrg on petition to revoke SR hld 8/6/03; evident hrg set for 9/11/03 at 10:00 a.m.; def detained. cc: USA, FPD, USM, USPO |
| 46 - 1 | 08/07/03 | [Re: DEF 1] Waiver of prelim exam or hrg. |

```
            UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
            CRIMINAL DOCKET ENTRIES FOR CASE A00-0038--CR (JWS)
                        "USA V ARTHUR JAMES HOUSER"
```

```
                             For all filing dates
```

| Document # | Filed | Docket text |
|---|---|---|
| 47 - 1 | 08/07/03 | [Re: DEF 1] Consent to Proceed Before Magistrate Judge in an evident hrg re violation of SR. |
| 48 - 1 | 08/07/03 | [Re: DEF 1] JDR Order of Detention. cc: USA, FPD, USM, USPO |
| 49 - 1 | 08/12/03 | [Re: DEF 1] Return of WOA executed at Anchorage, AK on 7/31/03. |
| 50 - 1 | 09/10/03 | DEF 1 Unopposed motion to continue evident hrg on SR violation to mid Oct (filed on shortened time) w/att aff. |
| 51 - 1 | 09/11/03 | [Re: DEF 1] JDR Order granting unopposed motion to continue evident hrg on SR violation to mid Oct (50-1); Evident Hrg RESET for 10/20/03 at 9:30 a.m. cc: USA, FPD, USM, USPO |
| 52 - 1 | 10/17/03 | DEF 1 Unopposed motion on shortened time to cont SR violation evident hrg w/att aff. |
| 53 - 1 | 10/20/03 | [Re: DEF 1] JDR Order granting unopposed motion on shortened time to cont SR violation evident hrg to 9:30 a.m. 12/15/03  (52-1). cc: USA, FPD, USM, USPO |
| 54 - 1 | 12/04/03 | DEF 1 Unopposed motion on shortened time to reset supervised release hrg dat e to the earliset available date w/att aff. |
| 55 - 1 | 12/05/03 | [Re: DEF 1] JDR Minute Order granting unopposed motion on shortened time to reset supervised release hrg date (54-1); the evident hrg prev set for 12/15 is VACATED & RESET as a hrg of admission on the pet to revoke SR set for 12/10/03 at 11:00 a.m. cc: USA, FPD, USM, USPO |
| 56 - 1 | 12/09/03 | [Re: DEF 1] JDR Minute Order re bail review hrg will follow the prev sched hrg on 12/10/03 at 11:00 a.m. cc: USA, FPD, USM, USPO |
| 57 - 1 | 12/10/03 | [Re: DEF 1] Order setting conditions of release.  cc: USA, FPD, USM, PO |
| 58 - 1 | 12/10/03 | [Re: DEF 1] CY of JDR Order of Release (original to USM by ECR).  cc: USA, FPD, USM, PO |
| 59 - 1 | 12/10/03 | [Re: DEF 1] JDR Court Minutes [ECR: Denali Elmore] of hrg of admission on pet to revoke SR and bail review hrg (held 12/10/03); def admitted allegation 3 of pet; allegations 1-2 to be dismissed at disposition hrg; matter referred to Judge Sedwick for disposition; efid hrg set 12/15/03 at 9:30 a.m., is VACATED; order setting conditions of release FILED; order of release SIGNED.  cc: USA, FPD, USM, PO, Judge Sedwick |
| 60 - 1 | 12/11/03 | [Re: DEF 1] JWS Minute Order setting dispo hrg for 12/16/03 at 8:30 a.m. cc: USA, FPD, USM, USPO, MJ Roberts |
| 61 - 1 | 12/16/03 | [Re: DEF 1] JWS Court Minutes [ECR: Elisa Singleton] re: disposition hrg on pet to revoke SR held 12/16/03; SR revoked; def sentenced to 4 mos in prison w/credit for time served; 24 mos SR; restitution as stated in judg; govt mot to dismiss allegations 1 and 2 granted. |
| 62 - 1 | 12/16/03 | [Re: DEF 1] JWS 2nd Amended Judgment for revoc of SR; def admitted allegation 3 of pet; SR revoked; sentenced to 4 mos in prison w/credit for time served; sentence has been completed; $2,000.00 in restitution to R. Cordova; 24 mos SR. cc: USA, FPD, Def w/cnsls cy, USM, USPO, MJ Roberts, Finance, FLU |

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET ENTRIES FOR CASE A00-0038--CR (JWS)
"USA V ARTHUR JAMES HOUSER"

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|